**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Chris Teasley, Appellant.

Appellate Case No. 2011-200308

———————————

Appeal From Greenville County
Robin B. Stilwell, Circuit Court Judge

———————————

Unpublished Opinion No. 2013-UP-145
Submitted February 1, 2013 – Filed April 10, 2013

———————————

**AFFIRMED**

———————————

Appellate Defender Susan Barber Hackett, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Deputy Attorney General David A. Spencer, both of Columbia, for Respondent.

———————————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Weston,* 367 S.C. 279, 292, 625 S.E.2d 641, 648 (2006) ("When ruling on a motion for a directed verdict, the trial court is concerned with the existence or nonexistence of evidence, not its weight."); *id.* at 292-93, 625 S.E.2d at 648 ("If there is any direct evidence or any substantial circumstantial evidence reasonably tending to prove the guilt of the accused, [this] [c]ourt must find the case was properly submitted to the jury."); *State v. Dingle*, 376 S.C. 643, 649, 659 S.E.2d 101, 105 (2008) ("In interpreting statutes, [this] [c]ourt looks to the plain meaning of the statute and the intent of the [l]egislature."); S.C. Code Ann. § 16-9-320(B) (2003) ("It is unlawful for a person to . . . assault, beat, or wound *an* officer when the person is resisting an arrest being made by one whom the person knows or reasonably should know is a law enforcement officer, whether under process or not." (emphasis added)); *State v. Dowd*, 306 S.C. 268, 270, 411 S.E.2d 428, 429 (1991) ("[A]n arrest is an ongoing process, finalized only when the defendant is properly confined.").

**AFFIRMED.**[1]

**SHORT, THOMAS, and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.